UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. BOND and LISA GREEN BOND, individuals, | ) ) ) | Case No. 07cv0744-BTM (BLM) |
| Plaintiffs, | ) ) ) | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC CONFERENCE** |
| v. | ) ) | |
| COUNTRY COACH, INC., a corporation, and HOLLAND MOTOR HOMES, a business entity, form unknown, and DOES 1 through 10, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

In a request dated May 21, 2007, Defendant Country Coach requests permission for its corporate representative, Jay Howard, to appear telephonically at the Early Neutral Evaluation Conference ("ENE") because he resides in Junction City, Oregon.  Vincent Axelson, counsel for Mr. Howard, represents that Mr. Howard encountered scheduling issues when the Court rescheduled the ENE from May 30th to May 25th. Additionally, in his declaration accompanying the request, Mr. Axelson explains that (a) the parties have discussed settlement preliminarily and (b) Defendants have not inspected the motorhome at issue and need

1   to do so before there is a realistic chance of settling.

2        In light of Country Coach's request, and given the status of the

3   case, the Court finds it appropriate to convert the ENE to a telephonic

4   conference.  Accordingly, the ENE currently scheduled for **May 25, 2007**

5   at **9:30 a.m.** shall be a <u>telephonic</u>, <u>attorneys-only</u> conference.  The

6   Court will initiate the call.

7        **IT IS SO ORDERED.**

8   DATED:  May 22, 2007

9

10                              BARBARA L. MAJOR
                                United States Magistrate Judge
11

12

13

14

15  COPY TO:

16  HONORABLE BARRY TED MOSKOWITZ
    U.S. DISTRICT JUDGE
17
    ALL COUNSEL
18

19

20

21

22

23

24

25

26

27

28